United States District Court
District of Puerto Rico
Exhibits List: 25-cr-201-FAB
USA v. Jocner Martinez-Correa,
Sentencing Hearing held on 4/13/2026
Before Hon. Francisco A. Besosa

| EXHIBIT | DESCRIPTION |
| --- | --- |
| Joint-I | Victim, full body |
| Joint-II | Victim`s hand |
| Joint-III | Victim`s hand with cuts |
| Joint-IV | Victim showing both hands |
| Joint-IX | Victim standing showing left elbow |
| Joint-V | Victim`s face close up |
| Joint-VI | Victim`s elbow and arm front view |
| Joint-VII | Victim`s right arm |
| Joint-VIII | Victim`s left arm |
| Joint-X | Victim`s torso with bruising |
| Joint-XI | Victim`s torso close-up with bite marking |
| Joint-XII | Victim`s hip area |
| Joint-XIII | Victim`s left knee cut |
| Joint-XIV | Victim`s knee |
| Joint-XV | Victim`s arm close-up |
| Joint-XVI | Victim`s leg close-up |
| Joint-XVII | Victim`s scrubs |